**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANNA HERCILIA CONTRERAS,          )       NO. ED CV 11-660-E
                                  )
                Plaintiff,        )
                                  )
        v.                        )       **JUDGMENT**
                                  )
MICHAEL J. ASTRUE, COMMISSIONER   )
OF SOCIAL SECURITY ADMINISTRATION,)
                                  )
                Defendant.        )
                                  )
_____)

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

    DATED:  October 21, 2011.


                        _____/S/_____
                              CHARLES F. EICK
                        UNITED STATES MAGISTRATE JUDGE